# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ANNA CARROLL, individually and on behalf of others similarly situated )<br><br>Plaintiff, )<br><br>v. )<br><br>MACY'S INC., MACY'S RETAIL HOLDINGS, INC., and MACY'S SYSTEMS AND TECHNOLOGY, INC., )<br><br>Defendants. ) | CASE NO: 2:18-CV-01060-RDP |

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Anna Carroll ("Plaintiff"), on behalf of herself and all others similarly situated, by and through her attorneys, respectfully moves pursuant to Federal Rule of Civil Procedure 23(e) for an order granting preliminary approval of the proposed settlement of this class action. Specifically, Plaintiff moves the Court for entry of the attached Preliminary Approval Order which will, among other things: (1) preliminarily approve the Class Action Settlement Agreement ("Agreement" or "Settlement Agreement"); (2) preliminarily certify the proposed Class pursuant to Federal Rules of Civil Procedure 23(b)(3); (3) approve the form and method of Class Notice; and (4) set a date and time for a hearing (the "Final Approval Hearing") for the Court to consider whether to grant final approval of the Agreement, the payment of attorneys' fees and expenses, and the payment of an Incentive Award to the Plaintiff.

The grounds for this Motion are set forth in Plaintiff's Memorandum of Law and the supporting documents, both filed herewith.

**WHEREFORE**, Plaintiff prays that the Motion be granted and that she have such other and further relief as the Court deems just and proper.

Respectfully submitted this 17th day of July, 2019.

*/s/ Nicholas W. Armstrong*
Oscar M. Price, IV
Nicholas W. Armstrong
**Price Armstrong, LLC**
2226 First Avenue South, Suite 105
Birmingham, AL 35233
Telephone: (205) 208-9588
Facsimile: (205) 208-9598
oscar@pricearmstrong.com
nick@pricearmstrong.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of July, 2019, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, and a copy of the foregoing document has been electronically mailed to all attorneys of record.

*/s/ Nicholas W. Armstrong*
Oscar M. Price, IV
Nicholas W. Armstrong
**Price Armstrong, LLC**
2226 First Avenue South, Suite 105
Birmingham, AL 35233
Telephone: (205) 208-9588
Facsimile: (205) 208-9598
oscar@pricearmstrong.com
nick@pricearmstrong.com

*Counsel for Plaintiff*