FILED
2019 Jul-17 PM 03:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| Anna Carroll,<br><br>      Plaintiff,<br><br>vs.<br><br>Macy's Inc. et al.,<br><br>      Defendant. | Case No. 2:18-cv-01060-RDP<br><br>CLASS ACTION<br><br>**DECLARATION OF MEAGAN BRUNNER REGARDING ADMINISTRATION QUALIFICATIONS AND NOTICE PLAN** |

I, Meagan Brunner, declare and state as follows:

1. I am a Project Manager with KCC Class Action Services, LLC ("KCC"), located at 462 S 4th Street, Louisville, KY 40202. The purpose of this declaration is to provide information related to KCC's qualifications and experience, and the notice plan for the *Anna Carroll v. Macy's Inc. et al.,* class action settlement (the "Settlement").[1]

## KCC'S BACKGROUND AND EXPERIENCE

2. KCC is a leading class action administration firm that provides comprehensive class action services, including claims administration, legal notification, email and postal mailing campaign implementation, website design, call center support, class member data management, check and voucher disbursements, tax reporting, settlement fund escrow and reporting, and other related services critical to the effective administration of class action settlements. With more than thirty years of industry experience, KCC has developed efficient, secure and cost-effective methods to properly handle the voluminous data and mailings associated with the noticing, claims processing, and disbursement requirements of these matters to ensure the orderly and fair treatment of class members and all parties in interest.

---

[1] For purposes of this declaration, capitalized terms have the same meaning as set forth in the Settlement.

3. KCC has served as the administrator across a wide range of practice types, including data breach, securities, antitrust, consumer, employment, and government, and our administrative work has included some of the largest and most complex private settlements, with individual cases that required direct notice to more than 25 million people and single case distributions of more than $7 billion.

## NOTICE PLAN SUMMARY

4. The Settlement Class is defined as "all residents of the United States who Macy's sent a notification in July 2018 concerning suspected unauthorized activity as a result of the Cyber Attack." Excluded from the Settlement Class are "(i) Macy's and its officers and directors; (ii) all Settlement Class Members who timely and validly request exclusion from the Settlement Class; (iii) the Judge or Magistrate Judge to whom the action is assigned and any member of those Judges' staffs or immediate family members; and (iv) any person found by a court of competent jurisdiction to be guilty under criminal law of initiating, causing aiding, or abetting the criminal activity or occurrence of the Cyber Attack who pleads nolo contendere to any such charge."

*Individual Notice*

5. In accordance with the timing set forth in the Settlement and/or the Preliminary Approval Order (or related Court order), KCC will send an e-mail containing the Summary Notice in the body of the e-mail to Settlement Class Members for which Defendant provides an e-mail address. KCC will track e-mails to determine whether they have been successfully delivered. The e-mail will also contain a hyperlink that, when clicked, will take recipients directly to the landing page of the Settlement Website, which will provide additional Settlement-related information and allow Settlement Class Members to submit claims online, as described below.

6. In the event the e-mail is not successfully delivered, KCC will send a Summary Postcard Notice via U.S. mail using address information provided by Defendant. Prior to the

mailing, the addresses will be checked against the National Change of Address ("NCOA")[2] database maintained by the United States Postal Service ("USPS").

7. Likewise, for any Settlement Class Member for which an e-mail address is unavailable, KCC will send a Summary Postcard Notice via U.S. mail using address information provided by Defendant. Prior to the mailing, the addresses will be checked against the NCOA database maintained by the USPS.

8. Summary Postcard Notices returned by USPS as undeliverable will be re-mailed to any address available through postal service information. Any returned mailing that does not contain an expired forwarding order with a new address indicated will be researched through standard skip tracing and re-mailed if a new address is obtained.

*Settlement Website*

9. KCC will design and publish a dedicated Settlement Website in accordance with the timing in the Settlement and/or Preliminary Approval Order. KCC will maintain and update the Settlement Website throughout the Claims Period. On the Settlement Website, Settlement Class Members will be able to review and/or download additional information and documents relating to the Settlement, including the Settlement, Summary Notice, Long Form Notice, and Claim Form. Settlement Class Members will be able to file a claim on the Settlement Website.

*Toll-Free Number*

10. KCC will set up a toll-free automated Interactive Voice Response ("IVR") that will allow Settlement Class Members to call to learn more about the Settlement in the form of frequently asked questions. It will also allow Settlement Class Members to request a copy of the Long Form Notice and Claim Form.

*Claims Processing*

---

[2] The NCOA database contains records of all permanent change of address submissions received by the USPS for the last four years. The USPS makes this data available to mailing firms and lists submitted to it are automatically updated with any reported move based on a comparison with the person's name and last known address.

11. KCC will process all submitted Claim Forms and determine whether: (1) the claimant is a Settlement Class Member; and (2) the claimant has provided all information required to complete the Claim Form by the Claims Deadline, as set forth in the Settlement. KCC will make distributions as provided for in the Settlement and/or related orders of the Court, and will carry out all other obligations as set forth in the Settlement and/or Preliminary Approval Order.

### *Opt-Out Processing*

12. KCC will process all Requests for Exclusions ("opt-outs") in our internal tracking software and provide copies to counsel and to the Court upon request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 12, 2019.

*/s/ Meagan Brunner*
Meagan Brunner