# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ANNA CARROLL, | } |
| Plaintiff, | } |
| v. | } Case No.: 2:18-cv-1060-RDP |
| MACY'S, INC., et al., | } |
| Defendants. | } |

## ORDER

This case is before the court on Plaintiff's Unopposed Motion for Preliminary Approval of the Settlement. (Doc. # 34). This matter is **SET** for a Preliminary Approval Hearing on **Monday, August 19, 2019 at 1:00 p.m.** in the chambers of the undersigned.

In preparation for the hearing, on or before **Friday, August 9, 2019**, the parties **SHALL** submit a joint report including proposed dates for the Final Approving Hearing and the attendant deadlines listed in the "Summary of Deadlines" section of the parties' Proposed Preliminary Approval Order. The joint report **SHALL** also include amended Long Notice, Short Notice, and Postcard Notice forms containing an explicit instruction to potential Settlement Class members **not** to call the court with any questions regarding the proposed settlement. All forms of Notice **SHALL** direct the potential Settlement Class members to either call Class Counsel or the Settlement Administrator with any questions they may have.

**DONE** and **ORDERED** this July 29, 2019.

_R. David Proctor_
R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE