# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| ANNA CARROLL, individually and on behalf of others similarly situated | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CASE NO: 2:18-CV-01060-RDP |
| MACY'S INC., MACY'S RETAIL HOLDINGS, INC., and MACY'S SYSTEMS AND TECHNOLOGY, INC., | ) ) ) ) ) |
| Defendants. | ) |

## PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND FINAL CERTIFICATION OF CLASS FOR SETTLEMENT

Plaintiff Anna Carroll ("Plaintiff"), on behalf of herself and all others similarly situated, by and through her attorneys, respectfully moves unopposed pursuant to Federal Rule of Civil Procedure 23(e) for an order granting final approval of the proposed settlement and final certification of this class action for settlement. Specifically, Plaintiff moves the Court for entry of the attached Final Approval Order which will, among other things: (1) finally approve the Class Action Settlement Agreement ("Agreement" or "Settlement Agreement"), Doc. 34-2 and (2) finally certify the proposed Class pursuant to Federal Rules of Civil Procedure 23(b)(3) for settlement purposes.

The grounds for this Motion are set forth in Plaintiff's Memorandum of Law and the supporting documents, both filed herewith.

**WHEREFORE**, Plaintiff prays that the Motion be granted and that she have such other

1

and further relief as the Court deems just and proper.

Respectfully submitted this 31st day of March, 2020.

>*/s/ Oscar M. Price, IV*
>Oscar M. Price, IV
>Nicholas W. Armstrong
>**Price Armstrong, LLC**
>2226 First Avenue South, Suite 105
>Birmingham, AL 35233
>Telephone: (205) 208-9588
>Facsimile: (205) 208-9598
>oscar@pricearmstrong.com
>nick@pricearmstrong.com
>
>*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31st day of March, 2020, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, and a copy of the foregoing document has been electronically mailed to all attorneys of record.

*/s/ Oscar M. Price, IV*
Oscar M. Price, IV
Nicholas W. Armstrong
**Price Armstrong, LLC**
2226 First Avenue South, Suite 105
Birmingham, AL 35233
Telephone: (205) 208-9588
Facsimile: (205) 208-9598
oscar@pricearmstrong.com
nick@pricearmstrong.com

*Counsel for Plaintiff*