# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ANNA CARROLL,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:18-cv-01060-RDP |
| **MACY'S, INC. et al.,** | } |
| **Defendants.** | } |

## ORDER

On April 2, 2020, the court instructed the parties to submit a Joint Status Report regarding proposed dates for the Final Approval Hearing that was continued due to the COVID-19 virus. (Doc. # 41). Upon consideration of the parties' Joint Status Report (*see* Doc. # 42), the Final Approval Hearing is **SET** for **June 2, 2020 at 10:00 a.m. CT**. Unless notified otherwise, the parties should prepare for the Hearing to be held in Courtroom 8 of the Hugo Black U.S. District Court building. Closer to that hearing date, the court will consult with the parties about whether any COVID-19 policies or guidelines could affect that hearing.

**DONE** and **ORDERED** this April 13, 2020.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE