# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ANNA CARROLL,** | } |
| **Plaintiff,** | } |
| v. | } Case No.:  2:18-cv-1060-RDP |
| **MACY'S, INC., et al.,** | } |
| **Defendants.** | } |

## ORDER

The Final Approval Hearing is **SET** for **June 2, 2020 at 10:00 a.m**. The Hearing will be held in Courtroom 8 of the Hugo L. Black U.S. Courthouse, located at 1729 5th Avenue North Birmingham, Alabama 35203.

**DONE** and **ORDERED** this May 29, 2020.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE